UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  
JOHN A. GABRISH  
    Debtor.  
_____/

Chapter 7  
Case No.: 14-42867 - pjs  
Judge: Phillip J. Shefferly

STATE OF MICHIGAN, DEPARTMENT OF
LICENSING & REGULATORY AFFAIRS,
UMEMPLOYMENT INSURANCE AGENCY,

    Plaintiff,

Adversary Proceeding No: 14-04538 - pjs  
Judge: Phillip J. Shefferly

Vs.

JOHN A. GABRISH  
    Defendant.  
_____/

## STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO FILE AN ANSWER TO ADVERSARY

The Plaintiff State of Michigan, Department of Licensing & Regulatory Affairs, Unemployment Agency, by and through its attorney Amy L. Rosenberg, and the Defendant John Gabrish, by and through its attorney Babut Law Offices, PLLC, stipulate to extend the deadline for the Defendant to file an answer to the Plaintiff's Adversary Complaint to July 17, 2014.

The purpose for extending the deadline is that the parties are actively engaged in settlement talks and if successful filing an answer will be unnecessary.

/s/ Amy L. Rosenberg  
**Amy L. Rosenberg** (P47297)  
Labor Division  
G. Mennen Williams Bldg, 5th Floor  
P.O. Box 30736  
Lansing, MI 48909  
(517) 335-1950  
rosenberga1@michigan.gov

/s/ Thomas Paluchniak  
**Thomas Paluchniak** (P70284)  
Babut Law Offices, PLLC  
700 Towner Street  
Ypsilanti, MI 48198  
(734) 485-7000  
tpaluchniak@babutlaw.com

Dated: June 26, 2014

UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
JOHN A. GABRISH
    Debtor.
_____/

Chapter 7
Case No.: 14-42867 - pjs
Judge: Phillip J. Shefferly

STATE OF MICHIGAN, DEPARTMENT OF
LICENSING & REGULATORY AFFAIRS,
UMEMPLOYMENT INSURANCE AGENCY,

    Plaintiff,

Vs.

JOHN A. GABRISH
    Defendant.
_____/

Adversary Proceeding No: 14-04538 - pjs
Judge: Phillip J. Shefferly

## ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE AN ANSWER TO ADVERSARY

The Court having reviewed the stipulation between the Plaintiff's attorney and the Defendant's attorney:

IT IS HEREBY ORDERED that the Stipulation is approved and that the deadline for the Defendant to file an Answer to Plaintiff's Complaint shall be extended until July 17, 2014.